UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BEST FOODS, INC.,

               Plaintiff,

     -against-                               RULE 7.1

M/V "MAERSK VUNGTAU", her engines,      07 Civ. **3299**
boilers, etc.,

                                                  **Judge Lynch**

     -and against-

PEGASUS MARITIME, INC.,

               Defendants.

----------------------------------------------------------X

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                              NONE

Dated: New York, New York
       April 23, 2007

                                               _____
                                               William R. Connor III (WC-4631)