```
                                    ABC PROCESS SERVICE, INC.
                                    Attorney:
                                    MCDERMOTT & RADZIK, LLP
                                    Index No. 3299/07
                                    Date Filed   / /
                                    Office No. DM64-07-821
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEST FOODS, INC.
                                            (PLAINTIFF)
          against
                                            (DEFENDANT)
M/V "MAERSK VUNGTAU", HER ENGINES, BOILERS, ETC.

---

STATE OF NEW YORK, COUNTY OF NEW YORK      SS:

SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 14      day of May         2007 at 4:48 PM , at

262 WEST 38 ST, SUITE 403; NEW YORK, NY 10018
he served the annexed  SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT upon PEGASUS
MARITIME, INC. in this action, by delivering to and leaving with said REFUSED
NAME, MANAGING AGENT a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

1. Sex FEMALE   , Color BROWN,  Hair BLACK, app.age 38 YRS, app.ht 5'8", app.wt
125 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL CASE &
VERIFIED COMPLAINT.

SWORN to before me this 15
day of May  2007

                                    SCHADRAC LAGUERRE
                                    License No.:   1021952     :bb

           BRODSKY
      Notary Public, State of New York
           No. 31-4683271
      Qualified in New York County
      Commission Expires Feb 2 2011