UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BEST FOODS, INC.,

                Plaintiff,

   -against-

M/V "MAERSK VUNGTAU," her engines,
boilers, etc., and PEGASUS MARITIME, INC.,

                Defendants.

-------------------------------------------------------------x

07 Civ. 3299 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       May 17, 2007

                                  _____
                                    GERARD E. LYNCH
                                  United States District Judge